Form:ntctfclm

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 18−50426−mbm
Chapter: 7

In Re: (NAME OF DEBTOR(S))
  Michella Watson
  24585 Stewart Ave.
  Warren, MI 48089

Social Security No.:
  xxx−xx−9113

Employer's Tax I.D. No.:

## NOTICE OF NEED TO FILE PROOF OF CLAIM DUE TO RECOVERY OF ASSETS

NOTICE IS GIVEN THAT:

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address above on or before:

**December 11, 2018**

Creditors who do not file a proof of claim on or before this date will not share in any distribution from the debtor's estate.

A Proof of Claim form ("Official Form 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A proof of claim may be mailed to the clerk's office for filing. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self−addressed envelope.

There is no fee for filing the proof of claim.

**Any creditor who has previously filed a proof of claim in this case need not file another proof of claim.**

Dated: 9/13/18

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court

# United States Bankruptcy Court
## Eastern District of Michigan

In re:                                                                                                    Case No. 18-50426-mbm  
Michella Watson                                                                        Chapter 7  
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0645-2        User: sraki          Page 1 of 1            Date Rcvd: Sep 13, 2018  
                     Form ID: ntctfclm      Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2018.

```
db             +Michella Watson,    24585 Stewart Ave.,     Warren, MI 48089-4781
25458059       +43rd District Court,    305 E. 9 Mile,    Case No. 17-048990-GC,    Ferndale, MI 48220-1719
25458061        Congress Collection,    28554 Orchard Lake Rd., Ste. 200,    Farmington Hills, MI 48334
25458064       +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
25458065       +Ford Motor Credit,    c/o Shermeta Law Group PLLC,    PO Box 5016,    Rochester, MI 48308-5016
25458066       +Jacob Kalo MD PC,    11474 E. 15 Mile Rd.,    Sterling Heights, MI 48312-3810
25458068       +Kaftan Enterprises,    dba The Gables of Troy,    c/o Ryan J. Fishman, Esq.,
                 800 W. Lonf Lake Rd., Ste. 170,    Bloomfield Hills, MI 48302-2058
25458069       +Merchants & Medical Credit Corp,    Attn: Bankruptcy,    6324 Taylor Drive,
                 Flint, MI 48507-4685
25458076       +US Deptartment of Education/Great Lakes,    Attn: Bankruptcy,    Po Box 7860,
                 Madison, WI 53707-7860
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
25458058       +E-mail/Text: bankruptcynotices@36thdistrictcourt.org Sep 13 2018 22:08:46
                 36th District Court,    421 Madison Ave.,    Attn: Case No. 09-122235-GC,
                 Detroit, MI 48226-2382
25458060        E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Sep 13 2018 22:08:31      Comcast,
                 PO Box 3006,    Southeastern, PA 19398
25458062       +EDI: CMIGROUP.COM Sep 14 2018 01:58:00       Credit Management, LP,    Attn: Bankruptcy,
                 Po Box 118288,    Carrollton, TX 75011-8288
25458063       +EDI: CBSAMERIMARK Sep 14 2018 01:58:00       Dr Leonard's/Carol Wright Gifts,    Po Box 7823,
                 Edison, NJ 08818-7823
25458067        EDI: JEFFERSONCAP.COM Sep 14 2018 01:58:00       Jefferson Capital Systems,    PO Box 772813,
                 Chicago, IL 60677-2813
25458070       +EDI: MERRICKBANK.COM Sep 14 2018 01:58:00       Merrick Bank/CardWorks,    Po Box 9201,
                 Old Bethpage, NY 11804-9001
25458071       +EDI: CBS7AVE Sep 14 2018 01:58:00       Monroe & Main,    1112 7th Avenue,    Monroe, WI 53566-1364
25458072       +EDI: NAVIENTFKASMSERV.COM Sep 14 2018 01:58:00       Navient,    Attn: Bankruptcy,    Po Box 9500,
                 Wilkes-Barre, PA 18773-9500
25458073       +EDI: RMSC.COM Sep 14 2018 01:58:00       Synchrony Bank/Care Credit,    Attn: Bankruptcy Dept,
                 Po Box 965061,    Orlando, FL 32896-5061
25458074        EDI: TCISOLUTIONS.COM Sep 14 2018 01:58:00       Total Card, Inc,    PO Box 89725,
                 Sioux Falls, SD 57109-9725
25458075       +EDI: ECMC.COM Sep 14 2018 01:58:00       U.S. Department of Education,    Ecmc/Bankruptcy,
                 Po Box 16408,    Saint Paul, MN 55116-0408
                                                                                                TOTAL: 11
```

                    ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2018                                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2018 at the address(es) listed below:

```
          Timothy J. Miller    miller7trustee@gmail.com,
           MI45@ecfcbis.COM;assistant@schneidermiller.com;d3becker@gmail.com
          Timothy J. Miller    on behalf of Trustee Timothy J. Miller tjmillerplc@gmail.com,
           d3becker@gmail.com
          William D. Johnson    on behalf of Debtor Michella  Watson filing@acclaimlegalservices.com,
           alsfiling@gmail.com;Billr55374@notify.bestcase.com
                                                                                             TOTAL: 3
```